NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**HANWHA SOLUTIONS CORP.,**
*Appellant*

**v.**

**MAXEON SOLAR PTE. LTD.,**
*Appellee*

———————————

2026-1540

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2024-01203.

———————————

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2     HANWHA SOLUTIONS CORP. v. MAXEON SOLAR PTE. LTD.

(2)  Each side shall bear their own costs.

FOR THE COURT

July 7, 2026
    Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** July 7, 2026